[No. 2337-1. Division One. April 7, 1975.]

SHEILA PENN, *as Administratrix, Appellant,* v. DUDLEY AND EKNESS COMPANY *et al, Respondents.*

Appeal from a judgment of the Superior Court for King

County, No. 757994, Norman B. Ackley, J., entered May 7, 1973. *Affirmed* by unpublished opinion per James, J., concurred in by Farris and Callow, JJ.